# UNITED STATES DISTRICT COURT

<u>      </u> FOR THE <u>    </u> DISTRICT OF <u>    PUERTO RICO    </u>

UNITED STATES OF AMERICA,  **APPEARANCE**

v.  CASE NUMBER: 97-071 (CCC)

JUAN SANTIAGO-VAZQUEZ, ET AL.

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for the United States of America.

| <u>  May 20, 2005  </u> | <u>  s/ Jacabed Rodríguez Coss  </u> |
|---|---|
| *Date* | *Signature* |

<u>Jacabed Rodríguez Coss</u>
*Print Name*

<u>Torre Chardon, Suite 1201</u>
*Address*

<u>Hato Rey, Puerto Rico 00918</u>
*City*

<u>(787) 766-5656</u>
Phone Number

CERTIFICATE OF SERVICE

      I hereby certify that on this date, I electronically filed the foregoing motion with the Clerk of the Court using the CMF/ECF system which will send notification to the counsel of record:

      s/ Jacabed Rodríguez Coss
      Jacabed Rodríguez Coss